IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 119,012

In the Matter of JEFFERY A. MASON,
*Respondent.*


ORDER OF DISCHARGE FROM PROBATION

On October 24, 2022, the court reinstated Jeffery A. Mason's Kansas law license after an indefinite suspension and ordered him to serve three years of supervised probation. *In re Mason*, 316 Kan. 552, 553, 518 P.3d 814 (2022).

Three years have now passed, and Mason filed a motion for discharge from probation. He attached his affidavit and an affidavit from his supervising attorney describing Mason's compliance with his probation terms and conditions. The Office of the Disciplinary Administrator (ODA) responded that Mason complied with his probation terms and conditions and is eligible for discharge. See Supreme Court Rule 227(g) (2025 Kan. S. Ct. R. at 277) (outlining the process for a motion for discharge). The ODA stated no objection to discharging Mason from probation.

The court notes the ODA's response, grants Mason's motion, and fully discharges him from probation. The court also assesses any remaining costs of this proceeding to Mason. Accordingly, this disciplinary proceeding is closed.

The court directs the Reporter of Decisions to publish this order in the Kansas Reports.

Dated this 21st day of November 2025.

LUCKERT, C.J., not participating.